## JOSHUA PHILLIPS *vs.* RACHEL CANNON.

On a hearing in defendant's absence, though after an appearance, a magistrate must hear proof as well as allegations before giving judgment ; and the record must show this.

CERTIORARI to Justice Conaway.

The record showed a service of the process; an appearance of the parties ; an adjournment of the case; and that on the day the case stood adjourned to, the " plaintiff appeared; defendant absent; and after examining plaintiff's account, judgment for plaintiff for $6 47 debt and fifty-six cents costs."

The exception was, that the judgment was rendered by default without hearing the plaintiff's *proofs.*

*The Court* inclined, at first, that, as the defendant had appeared on a former day, and this could not be called strictly a judgment by *default*, for want of an appearance, it would not be required that the record should show that the case was *proved;* but, upon consideration, they held that the object of the act of assembly was to secure a hearing *on proofs*, as well as allegations, whenever the defendant was absent at the trial, and on that principle they reversed the judgment.

*Layton*, for exceptant.